AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

_____ District of Minnesota _____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Eduardo Soto | ) Case No:  07-CR-0223(1) (PJS/JSM) |
| | ) USM No:  05405-030 |
| Date of Original Judgment:          5/28/08 | ) |
| Date of Previous Amended Judgment: _____ | ) Katherine Menendez and Robert Meyers |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____190_____ months **is reduced to** _____152 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____5/28/08_____ shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: _____12/29/15_____ | _____s/Patrick J. Schiltz_____ |
| | *Judge's signature* |
| | |
| Effective Date: _____ | PATRICK J. SCHILTZ, United States District Judge |
| *(if different from order date)* | *Printed name and title* |